DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL SOLOMON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-308

[May 9, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 47-2009-CF-000171-C.

Daniel Solomon, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***